

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

       - v. -

CHRISTOPHER SCALIA,

       Defendant.

- - - - - - - - - - - - - - - - - - x

11 Cr.

**11 CRIM 170**

## COUNT ONE

The Grand Jury charges:

1. From at least in or about June 2010 up to and including on or about September 15, 2010, in the Southern District of New York and elsewhere, CHRISTOPHER SCALIA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CHRISTOPHER SCALIA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance involved in the offense was more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. §

841(b)(1)(A).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, CHRISTOPHER SCALIA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a)  cannot be located upon the exercise of due diligence;

b)  has been transferred or sold to, or deposited with, a third person;

c)  has been placed beyond the jurisdiction of the Court;

d)  has been substantially diminished in value; or

e)  has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the

United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
Foreperson

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER SCALIA,

Defendant.

---

INDICTMENT

11 Cr.

(Title 21, United States Code,
Sections 841(a)(1),
841(b)(1)(A) and 846.)

PREET BHARARA
United States Attorney.
**A TRUE BILL**

*Foreperson*
Mildred Gomez

2/23/11
MO

Filed Indictment. Case assigned to J. Daniels
Pitman
U.S.M.J