**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

CHRISTOPHER SCALIA,

    Defendant.
_____/

11cr00170 GBD-1

EX PARTE REQUEST FOR COURT
ORDER ADMITTING FORENSIC
CONSULTING EXPERTS TO MCC

    Defendant CHRISTOPHER SCALIA, through counsel, hereby requests that the Court issue its Order allowing forensic sentencing consultants, Dr. Robert Goldstein and Ms. Billie Larrabure Feinberg, admission to the MCC for purposes of conducting forensic evaluations and preparation of a report to assist counsel in reaching a resolution of defendant Scalia's case.

    Dr. Goldstein and Ms. Larrabure Feinberg have been engaged in the field of forensic consulting for over twenty years. Both have appeared as experts in federal and state court proceedings. Ms. Feinberg has a current NCIC clearance at the MCC while Dr. Goldstein will be submitting NCIC paperwork to the MCC. Once Dr. Goldstein is cleared, the MCC still requires a court order prior to admitting them.

It is therefore respectfully requested that the Court issue its Order.

Dated:  April 1, 2011

/s/RANDOLPH E. DAAR
RANDOLPH E. DAAR
California State Bar #88195

506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591
Fax: 415/421-1331

randolphdaar@yahoo.com

Attorney for Defendant
CHRISTOPHER SCALIA