Scalia, Christopher         4         59602 - ZJ
Docket No.: 1:11CR00170

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

[✓] Court approves U.S. Probation Officer's action(s)

or

THE COURT ORDERS:

[ ] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
Signature of Judicial Officer

AUG 11 2015
_____
Date