

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2016

**BY ECF AND FAX**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007
Fax:  (212) 805-6737

        Re:   *United States* v. *Christopher Scalia*, 11 Cr. 170 (GBD)

Dear Judge Daniels:

     On April 15, 2016, the parties appeared before the Court and jointly requested that the defendant's terms of supervised release be modified to include in-patient drug treatment. Specifically, the parties jointly propose that the defendant's terms of supervised release be modified to include the following language:  "in-patient drug treatment for 6 to 9 months, as recommended by ACI, at a treatment facility approved by the Probation Office."

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

               By: /s/ Jane Kim
                   Jane Kim
                   Assistant United States Attorney
                   (212) 637-2038

Cc:    Avraham C. Moskowitz, Esq. (by ECF and Email)